UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00133 |
| | ) | JUDGE CAMPBELL |
| PATRICK CARUTHERS | ) | |

## ORDER

Pending before the Court are two Motions to Extend Time for Filing Pretrial Motions (Docket Nos. 26 and 27). The Motions are GRANTED.

The deadline to file pretrial motions is extended to July 8, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE